IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MIKE SHALES, *et al*., | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| v. | ) | NO. 12 C 4899 |
| | ) | |
| DIENST SEWER & WATER, INC., | ) | JUDGE MATTHEW F. KENNELLY |
| an Illinois corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## **MOTION FOR ENTRY OF DEFAULT AND JUDGMENT**

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, DIENST SEWER & WATER, INC., an Illinois corporation, in the total amount of $30,724.91, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $7,546.00.

On August 9, 2012, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to Jeanette Goldsboro, the corporate secretary) at his place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on August 30, 2012. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/ Catherine M. Chapman

<u>**CERTIFICATE OF SERVICE**</u>

   The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this <u>10th</u> day of <u>October 2012</u>:

    Mr. Dale L. Goldsboro, Registered Agent
    Dienst Sewer & Water, Inc.
    2252 N. 44th Road
    Sheridan, IL   60551

    Mr. Dale L. Goldsboro, Registered Agent
    Dienst Sewer & Water, Inc.
    2251 N. 4350th Road
    Sheridan, IL   60551

    /s/   Catherine M. Chapman


Catherine M. Chapman
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6204026
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com

I:\FVLJ\Dienst Sewer\motion-default judgment.cmc.df.wpd